UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LENAMAE WOODING,

                Plaintiff,

        v.                        No. 6:03-CV-1282 (FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL |
|---|---|
| AMDURSKY, PELKY LAW FIRM<br>Attorney for Plaintiff<br>26 East Oneida Street<br>Oswego, NY  13126 | GREGORY R. GILBERT, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>   for the Northern<br>District of New York<br>Attorney for Defendant<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-7198 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed May 28, 2008, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is

hereby

**ORDERED,** that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed May 28, 2008 is **ACCEPTED** in its entirety; and it is further

**ORDERED,** that this case is **VACATED** and **REMANDED** for further proceedings consistent with the Report-Recommendation.

**IT IS SO ORDERED.**

Dated: June 16, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge